## MACAULEY *against* STERNBURGH.

On reversing a judgment upon error, the plaintiff is entitled to costs.
And he may perfect his judgment and issue execution of them immediately, without waiting for the final event upon a venire *de novo* awarded.

In the *Herkimer* Common Pleas, the judgment was for the defendant. And, on error to this Court, it was reversed, and at the last *October* term a venire *de novo* was awarded to the Circuit ; but the plaintiff, without waiting for the event of the cause upon the trial, taxed his costs and perfected his judgment of reversal, which it was now moved to set aside as premature and irregular.

*O. G. Otis,* for the motion.

*A. Conkling,* contra.

*Curia.* The plaintiff in error was not bound to wait the event of the suit upon the venire *de novo.* When a judgment is reversed on erorr, the plaintiff is entitled to recover his costs, and may perfect his judgment immediately and issue execution as in other cases.

Motion denied.